IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| FALLS CHURCH MEDICAL CENTER, LLC d/b/a FALLS CHURCH HEALTHCARE CENTER, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 3:18-cv-00428-HEH |
| M. NORMAN OLIVER, Virginia Health Commissioner, et al., | ) ) ) | |
| Defendants. | ) | |

## MOTION TO DISMISS PLAINTIFFS' COMPLAINT

Defendants M. Norman Oliver, Robert Payne, Faye O. Prichard, Theophani Stamos, Shannon L. Taylor, Anton Bell, Michael N. Herring, and Colin Stolle, by counsel, move to dismiss the complaint in its entirety. For reasons more fully stated in the accompanying memorandum of law in support of this motion, Defendants respectfully request that:

- Count I be dismissed under Rule 12(b)(6) for failure to state a claim upon which relief can be granted;

- Count II be dismissed without prejudice in light of ongoing state judicial and administrative proceedings or, in the alternative, be dismissed under Rule 12(b)(6) for failure to state a claim upon which relief can be granted;

- Count III be dismissed under Rule 12(b)(1) for lack of subject-matter jurisdiction because plaintiffs lack standing to bring it;

- Count IV be dismissed under Rule 12(b)(6) for failure to state a claim upon which relief can be granted;

1

- Count V be dismissed under Rule 12(b)(6) for failure to state a claim upon which relief can be granted;

- Count VI be dismissed under Rule 12(b)(6) for failure to state a claim upon which relief can be granted;

- Count VII be dismissed under Rule 12(b)(1) for lack of subject-matter jurisdiction because plaintiffs lack standing to bring it; and

- Count VIII be dismissed under Rule 12(b)(6) for failure to state a claim upon which relief can be granted.

Dated: July 13, 2018

        Respectfully submitted,

        **M. NORMAN OLIVER**, Virginia Health Commissioner, **ROBERT PAYNE**, Acting Director of Virginia Department of Health's Office of Licensure and Certification, **FAYE O. PRICHARD**, Chairperson of the Virginia Board of Health, **THEOPHANI STAMOS**, Commonwealth's Attorney for Arlington County and the City of Falls Church, **SHANNON L. TAYLOR**, Commonwealth's Attorney for Henrico County, **ANTON BELL**, Commonwealth's Attorney for the City of Hampton, **MICHAEL N. HERRING**, Commonwealth's Attorney for the City of Richmond, **COLIN STOLLE**, Commonwealth's Attorney for the City of Virginia Beach

        By:    /s/
           Matthew R. McGuire, VSB # 84194
           Deputy Solicitor General
           Office of the Attorney General
           202 North Ninth Street
           Richmond, Virginia 23219
           (804) 786-7773 – Telephone
           (804) 371-0200 – Facsimile
           mmcguire@oag.state.va.us

Mark R. Herring
Attorney General of Virginia

Toby J. Heytens
Solicitor General

Cynthia V. Bailey
Deputy Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2018, a true and accurate copy of this paper was filed electronically with the Court's CM/ECF system, which will automatically effectuate service on:

Claire Guthrie Gastanaga
ACLU of Virginia
701 E. Franklin Street
Suite 1412
Richmond, VA 23219
claire@acluva.org

Gail Marie Deady
Jenny Suhjin Ma
Center for Reproductive Rights
199 Water Street
22nd Floor
New York, NY 10038
gdeady@reprorights.org
jma@reprorights.org

Jennifer Sandman
Planned Parenthood Federation of America
123 William Street
New York, NY 10038
jennifer.sandman@ppfa.org

By: /s/
Matthew R. McGuire