IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

| | |
|---|---|
| FALLS CHURCH MEDICAL CENTER, ) <br> LLC d/b/a FALLS CHURCH ) <br> HEALTHCARE CENTER, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> M. NORMAN OLIVER, VIRGINIA ) <br> HEALTH COMMISSIONER, *et al.*, ) <br> ) <br> Defendants. ) | Civil Action No. 3:18cv428–HEH |

## ORDER
### (Requesting Additional Information from Virginia Attorney General's Office)

This case is currently scheduled for an Initial Pretrial Conference on September 6, 2018. It has recently come to the Court's attention that portions of the regulations at issue in this case may be amended in the near future potentially obviating the need for judicial review. To enable the Court to schedule further proceedings and utilize time and resources efficiently, additional information concerning the nature, status, and timing of proposed amendments and statutes would be of value.

The Virginia Attorney General's Office is therefore DIRECTED to provide the Court with any available information pertaining to the statutory or regulatory amendments referred to in Defendants' Reply Memorandum no later than 12 noon on August 30, 2018, with copies to counsel for Plaintiffs. The additional information should be submitted in memorandum format and sent directly to chambers. The memorandum should not be filed through ECF.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is SO ORDERED.

                                                     /s/
                                    Henry E. Hudson
                                    Senior United States District Judge

Date: Aug. 13, 2018
Richmond, Virginia