# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

|  |  |
|---|---|
| FALLS CHURCH MEDICAL CENTER, LLC *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> M. NORMAN OLIVER, *et al.*, <br><br> Defendants. | CASE NO: 3:18-cv-428-HEH |

## PLAINTIFFS' MOTION FOR A PROTECTIVE ORDER FOR DR. JANE DOE TO PROCEED UNDER PSEUDONYM

Plaintiffs Falls Church Medical Center, LLC d/b/a Falls Church Healthcare Center; Whole Woman's Health Alliance; All Women's Richmond, Inc. d/b/a A Capital Women's Health Clinic; and Virginia League for Planned Parenthood, through their counsel, file this Motion for a Protective Order for Dr. Jane Doe to Proceed under Pseudonym if the Motion to Join an Additional Party and Amend Complaint is granted. Dr. Jane Doe's Declaration is attached as Exhibit A to Plaintiffs' Memorandum in Support. Plaintiffs' Proposed Order is attached as Exhibit B to Plaintiffs' Memorandum in Support.

Dated: August 16, 2018

Respectfully submitted,

| | | |
|---|---|---|
| /s/ Gail M. Deady<br>Jenny Ma*<br>Gail M. Deady (VSB No. 82035)<br>Amy Myrick*<br>CENTER FOR REPRODUCTIVE RIGHTS<br>199 Water Street, 22nd Floor<br>New York, New York 10038<br>Phone: (917) 637-3600<br>Fax: (917) 637-3666<br>Email: jma@reprorights.org<br>gdeady@reprorights.org<br><br>*Attorneys for Plaintiffs Falls Church Medical Center, LLC; Whole Woman's Health Alliance; and All Women's Richmond, Inc.* | Jennifer Sandman*<br>PLANNED PARENTHOOD FEDERATION OF AMERICA<br>123 William Street, 9th Floor<br>New York, New York 10038<br>Phone: (212) 261-4584<br>Fax: (212) 247-6811<br>Email: jennifer.sandman@ppfa.org<br><br>*Attorney for Plaintiff Virginia League for Planned Parenthood* | Claire G. Gastanaga (VSB No. 14067)<br>Eden B. Heilman**<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF VIRGINIA, INC.<br>701 E. Franklin Street, Suite 1412<br>Richmond, Virginia 23219<br>Phone (804) 644-8080<br>Fax: (804) 649-2733<br>Email: claire@acluva.org<br><br>*Attorneys for all Plaintiffs* |

*Admitted *Pro Hac Vice*.
**Motion for Admission *Pro Hac Vice* to be filed.

1

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2018, a true and correct copy of the foregoing Plaintiffs' Motion for a Protective Order for Dr. Jane Doe to Proceed under Pseudonym was served on counsel for Defendants represented by the Office of the Attorney General via the Eastern District of Virginia's Electronic Filing System, and mailed to Defendant Robert Tracci pursuant to Federal Rule of Civil Procedure 5(b).

> Matthew R. McGuire
> Deputy Solicitor General
> Office of the Attorney General
> 202 North Ninth Street
> Richmond, VA 23219
> mmcguire@oag.state.va.us
>
> Robert N. Tracci
> Commonwealth Attorney for the County of Albemarle
> 410 East High Street
> Charlottesville, VA 22902
> rtracci@albemarle.org

Dated: August 16, 2018

By: /s/ Gail M. Deady

Gail M. Deady (VSB No. 82035)
CENTER FOR REPRODUCTIVE RIGHTS
199 Water Street, 22nd Floor
New York, NY 10038
Phone: (917) 637-3600
Fax:    (917) 637-3666
Email: gdeady@reprorights.org