**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

FALLS CHURCH MEDICAL CENTER, LLC, *et al.*,

                      Plaintiffs,

v.

M. NORMAN OLIVER, *et al.*,

                      Defendants.

**CASE NO:** 3:18-cv-428-HEH

## JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, the Parties, by counsel, respectfully move this Court for entry of a Protective Order, and state as follows:

1.    Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, the Court may enter a protective order upon good cause shown. The nature of this action and the prospective scope of discovery provide good cause for the proposed Stipulated Protective Order.

2.    The Parties anticipate that they may produce information in this action that could result in "annoyance, embarrassment, oppression or undue burden or expense" if otherwise subject to public inspection. Fed. R. Civ. P. 26(c)(1). Given that this case is about the constitutional right to abortion, there is a high likelihood that sensitive, confidential, and highly confidential information from the parties will be disclosed in discovery. This information may include, but is not limited to: personnel information, private medical information, patient information, employee handbooks, policies and procedures; and other sensitive information and documents.

3. The Parties seek entry of a Protective Order to expedite the litigation, minimize any disputes over confidentiality, and adequately protect material the parties are willing to voluntarily produce but desire to keep confidential.

4. To facilitate these goals, the Parties have attached Exhibit A to this Joint Motion, a Stipulated Protective Order. The Stipulation has been endorsed by counsel for both Plaintiffs and Defendants.

5. The Protective Order would do no more than necessary to allow the parties to protect information against improper disclosure during discovery, and will help to reduce the costs and burdens of document-by-document adjudication and increase the efficiency of the discovery process. It is sufficiently flexible that it provides an opportunity for counsel for the parties to address any specific case and modify any document's confidentiality status as appropriate, and to identify and seek resolution of any disputes in advance of trial.

6. The parties agree to comply with the requirements of Local Rule 5 with respect to either party's request to file documents under seal with the Court.

7. The parties agree to submit this Joint Motion to the Court without oral argument pursuant to Local Rule 7(E).

WHEREFORE, for the reasons stated herein, the parties respectfully request that the Court grant this motion and enter the Stipulated Protective Order attached hereto as Exhibit A.

...

Dated: October 25, 2018

Respectfully submitted:

**For Plaintiffs:**

| | |
|---|---|
| Jenny Ma* <br> Gail M. Deady (VSB No. 82035) <br> Amy Myrick* <br> CENTER FOR REPRODUCTIVE RIGHTS <br> 199 Water Street, 22nd Floor <br> New York, New York 10038 <br> Phone: (917) 637-3600 <br> Fax: (917) 637-3666 <br> Email: jma@reprorights.org | /s/ D. Sean Trainor <br> D. Sean Trainor (Bar # 43260) <br> O'MELVENY & MYERS LLP <br> 1625 Eye Street, NW <br> Washington, DC 20006 <br> Phone: (202) 383-5114 <br> Fax: (202) 383-5414 <br> Email: dstrainor@omm.com <br><br> Nathaniel Asher* <br> O'MELVENY & MYERS LLP <br> 7 Times Square <br> New York, NY 10036 <br> Phone: (212) 326-2000 <br> Fax: (212) 326-2061 <br> Email: nasher@omm.com |

*Attorneys for Plaintiffs Falls Church Medical Center, LLC; Whole Woman's Health Alliance; All Women's Richmond, Inc.; and Dr. Doe*

| | |
|---|---|
| Jennifer Sandman* <br> Alice Clapman* <br> PLANNED PARENTHOOD FEDERATION OF AMERICA <br> 123 William Street, 9th Floor <br> New York, New York 10038 <br> Phone: (212) 261-4584 <br> Fax: (212) 247-6811 <br> Email: jennifer.sandman@ppfa.org <br> *Attorney for Plaintiff Virginia League for Planned Parenthood* | Nicole Gloria Tortoriello (VSB No. 91129) <br> Eden B. Heilman* <br> AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF VIRGINIA, INC. <br> 701 E. Franklin Street, Suite 1412 <br> Richmond, Virginia 23219 <br> Phone: (804) 644-8080 <br> Fax:(804) 649-2733 <br> Email: ntortoriello@acluva.org <br> *Attorneys for all Plaintiffs* |

*Admitted *Pro Hac Vice*

**For Defendants:**

| | |
|---|---|
| Matthew R. McGuire<br>Deputy Solicitor General<br>Office of the Attorney General<br>202 North Ninth Street<br>Richmond, VA 23219<br>Email: mmcguire@oag.state.va.us | /s/ Emily M. Scott<br>Emily M. Scott<br>Hirschler Fleischer,<br>a Professional Corporation<br>The Edgeworth Building<br>2100 E. Cary Street<br>Post Office Box 500<br>Richmond, VA 23218-0500<br>Email: escott@hf-law.com |

*Attorneys for all Defendants*