**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| **FALLS CHURCH MEDICAL CENTER, LLC,** ) | |
| d/b/a FALLS CHURCH HEALTHCARE CENTER, ) | |
| et al.; ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 3:18cv428-HEH |
| ) | |
| **M. NORMAN OLIVER,** Virginia Health ) | |
| Commissioner, et al., ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants M. Norman Oliver, Robert Payne, Faye O. Prichard, Theophani Stamos, Anton Bell, Michael N. Herring, Colin Stolle, and Robert Tracci (collectively, "Defendants"), by counsel, pursuant to Federal Rule of Civil Procedure 56, hereby move for summary judgment in their favor as to Counts I, II, III, IV, VII and VIII of the Amended Complaint filed against them by Plaintiffs.

The grounds for Defendants' motion are set forth in the supporting memorandum filed contemporaneously herewith.

WHEREFORE, Defendants respectfully request that this Court grant summary judgment in their favor on all counts set forth above, dismiss this case with prejudice, and award Defendants their costs incurred herein, as well as such other and further relief as the Court deems equitable, just, and proper.

Dated:          March 11, 2019          Respectfully submitted,

**M. NORMAN OLIVER, ROBERT PAYNE,**
**FAYE O. PRICHARD, THEOPHANI STAMOS,**
**ANTON BELL, MICHAEL N. HERRING,**
**COLIN STOLLE, and ROBERT N. TRACCI**

/s/ Emily M. Scott_____
Courtney Moates Paulk (VSB No. 45523)
Emily M. Scott (VSB No. 71435)
Jaime B. Wisegarver (VSB No. 81095)
John P. O'Malley (VSB No. 92439)
HIRSCHLER FLEISCHER,
A PROFESSIONAL CORPORATION
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone:    804.771.9500
Facsimile:    804.644.0957
E-mail:        cpaulk@hirschlerlaw.com
                escott@hirschlerlaw.com
                jwisegarver@hirschlerlaw.com
                jomalley@hirschlerlaw.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of March 2019, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of Court for the Eastern District of Virginia, Richmond Division, using the Court's CM/ECF system, which thereby caused the above to be served electronically on all registered users of the Court's CM/ECF system.

/s/ Emily M. Scott
Courtney Moates Paulk (VSB No. 45523)
Emily M. Scott (VSB No. 71435)
Jaime B. Wisegarver (VSB No. 81095)
John P. O'Malley (VSB No. 92439)
HIRSCHLER FLEISCHER,
A PROFESSIONAL CORPORATION
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone:     804.771.9500
Facsimile:     804.644.0957
E-mail:        cpaulk@hirschlerlaw.com
               escott@hirschlerlaw.com
               jwisegarver@hirschlerlaw.com
               jomalley@hirschlerlaw.com

*Counsel for Defendants*

11032696.1  043679.00001

3