**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

FALLS CHURCH MEDICAL CENTER, LLC *et al.*,

   Plaintiffs,

v.

M. NORMAN OLIVER, *et al.*,

   Defendants.

CASE NO: 3:18-CV-428-HEH

**NOTICE OF SUBMISSION OF PLAINTIFFS' MOTION FOR
PARTIAL SUMMARY JUDGMENT EXHIBIT INDEX**

| | |
|---|---|
| Exhibit I. | Deposition excerpt of Feb. 14, 2019 deposition transcript of Amy Hagstrom Miller. |
| Exhibit J. | Deposition excerpt of Feb. 10, 2019 deposition transcript of C.T. |
| Exhibit K. | Declaration of Paulette McElwain. |
| Exhibit L. | Deposition excerpt of Feb. 24, 2019 deposition transcript of Janet Turan. |
| Exhibit M. | Declaration of Amy Hagstrom Miller. |
| Exhibit N. | PLAINTIFF-0069997. |
| Exhibit O. | Deposition excerpt of Feb. 18, 2019 deposition transcript of Elizabeth Lunsford. |
| Exhibit P. | Deposition excerpt of Feb. 12, 2019 and Feb. 14, 2019 deposition transcript of Joseph Hilbert. |
| Exhibit Q. | Deposition excerpt of Jan. 15, 2019 deposition transcript of M. Norman Oliver. |
| Exhibit R. | Declaration of Karissa Haugberg. |

RESPECTFULLY SUBMITTED this 25th day of March, 2019.

/s/ D. Sean Trainor
D. Sean Trainor (VSB No. 43260)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Phone: (202) 383-5114
Fax: (202) 383-5414
Email: dstrainor@omm.com

Leah Godesky*
Nathaniel Asher*
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
Phone: (212) 326-2000
Fax: (212) 326-2061
Email: nasher@omm.com

Nicole Gloria Tortoriello (VSB No. 91129)
Eden B. Heilman (VSB No. 93554)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF VIRGINIA, INC.
701 E. Franklin Street, Suite 1412
Richmond, Virginia 23219
Phone: (804) 644-8080
Email: ntortoriello@acluva.org

*Attorneys for all Plaintiffs*

Jenny Ma*
Gail M. Deady (VSB No. 82035)
Amy Myrick*
Michelle K. Moriarty*
Rabia Muqaddam*
CENTER FOR REPRODUCTIVE RIGHTS
199 Water Street, 22nd Floor
New York, New York 10038
Phone: (917) 637-3600
Fax: (917) 637-3666
Email: jma@reprorights.org

*Attorneys for Plaintiffs Falls Church Medical Center, LLC; Whole Woman's Health Alliance; and Dr. Doe*

Alice Clapman*
Hannah Swanson**
Jennifer Sandman*
PLANNED PARENTHOOD FEDERATION OF AMERICA, INC.
123 William Street, 9th Floor
New York, New York 10038
Phone: (212) 261-4584
Fax: (212) 247-6811
Email: jennifer.sandman@ppfa.org

*Attorneys for Plaintiff Virginia League for Planned Parenthood*

* Admitted Pro Hac Vice
**Motion for Admission Pro Hac Vice to be filed or pending

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2019 a copy of the foregoing has been served upon all counsel of record in this action by electronic service through the Court's CM/ECF system.

/s/ D. Sean Trainor
D. Sean Trainor (VSB No. 43260)
