**CIVIL NON-JURY TRIAL OR MOTION HEARING:**
**MINUTE SHEET**

DATE: 5/10/19

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE: Falls Church Medical Center, LLC, et al. v. M. Norman Oliver, et al. | Case No. 3:18CV428 |
| | Judge: Hudson |
| | Court Reporter: Krista Liscio |

MATTER COMES ON FOR: ( ) BENCH TRIAL ( ) MOTION HEARING ( ) OTHER: ✓ Final Pretrial Conference

APPEARANCES: Parties by ( ) with ( ) counsel    Pro Se ( )

MOTIONS BEFORE TRIAL: _____

**TRIAL PROCEEDINGS:**

WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ( ) DEFENDANT(S) ( ) Court ( )

OPENING STATEMENTS MADE ( )    OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

DEFENDANT(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( )    SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )    ARGUMENTS OF COUNSEL HEARD ( )

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )    MONETARY AWARD $_____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) _____

CLERK TO ENTER JUDGMENT ON DECISION ( )    TRIAL EXHIBITS ( )

Final Pretrial Conference held.

Counsel for Plaintiff(s): Nathaniel Asher, D. Sean Trainor, Brian Quinn, Jenny Ma, Gail Deady, Rabia Muqaddam

Counsel for Defendants: Emily Scott, Courtney Paulk, Jaime Wisegarver

SET: 10    Began: 10:00    ENDED: 11:20    TIME IN COURT: 1:16

RECESSES: 11:12 - 11:16