IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

FALLS CHURCH MEDICAL CENTER,
LLC d/b/a FALLS CHURCH
HEALTHARE CENTER, et al.,

    Plaintiffs,

v.                                                              Civil Action No. 3:18CV00428-HEH

M. NORMAN OLIVER, et al.,

    Defendants.

**ORDER**
(Plaintiffs' Authorization to Bring Food into the Courthouse)

This matter is before the Court on a request by Plaintiffs to be allowed to bring food into the courthouse. The bench trial in this case is scheduled to commence on Monday, May 20, 2019 and will continue until Friday, May 31, 2019. With one hour allotted for lunch each day, Plaintiffs are requesting permission to bring food into the courthouse that would be taken to the designated conference room where Plaintiffs are working. Finding that there is adequate justification for the request, it is hereby ORDERED that:

(1) Plaintiffs shall be allowed to bring food into the courthouse from May 20, 2019 through May 31, 2019, for the purposes of lunch only;

(2) Plaintiffs' designee, Timothy Charpie, or other such person designated by Plaintiffs in Mr. Charpie's absence, shall be allowed to bring in food or otherwise appear at the front entrance to pick up delivered food;

(3) Any food brought into the courthouse shall be taken directly to the Joint Use Conference Room, number 7202, and kept inside the conference room at all times.

It is so ORDERED.

　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　Henry E. Hudson
　　　　　　　　　　　　　　　　Senior United States District Judge

Richmond, Virginia

Date: May 17, 2019