FILED: February 26, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-2382
(3:18-cv-00428-HEH)

_____

FALLS CHURCH MEDICAL CENTER, LLC, d/b/a Falls Church Healthcare Center, on behalf of its patients, physicians, and staff; WHOLE WOMAN'S HEALTH ALLIANCE, on behalf of its patients, physicians, and staff; VIRGINIA LEAGUE FOR PLANNED PARENTHOOD, each on behalf of its patients, physicians, and staff; DR. JANE DOE

      Plaintiffs - Appellants

and

ALL WOMEN'S RICHMOND, INC., d/b/a A Capital Women's Health Clinic, on behalf of its patients, physicians, and staff

      Plaintiff

v.

M. NORMAN OLIVER, Virginia Health Commissioner; ROBERT PAYNE, Acting Director of Virginia Department of Health's Office of Licensure and Certification; FAYE O. PRICHARD, Chairperson of the Virginia Board of Health; PARISA DEHGHANI-TAFTI, Commonwealth's Attorney for Arlington County and the City of Falls Church; JIM HINGELEY, Commonwealth's Attorney for Albemarle County; ANTON BELL, Commonwealth's Attorney for the City of Hampton; COLETTE MCEACHIN, Commonwealth's Attorney for the City of Richmond; COLIN STOLLE, Commonwealth's Attorney for the City of Virginia Beach, each in their official capacities, as well as their employees, agents, and successors

  Defendants - Appellees

and

 SHANNON L. TAYLOR, Commonwealth's Attorney for Henrico County

  Defendant

_____

O R D E R

_____

Upon consideration of the joint motion to place case in abeyance pending legislative process, the court grants the motion and places this case in abeyance pending a determination of whether ongoing legislative process in the Virginia General Assembly may narrow or eliminate the issues on appeal. The parties are directed to file a status report with this court no later than April 10, 2020, detailing the status of HB 980 and SB 733.

        For the Court

        /s/ Patricia S. Connor, Clerk